UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEEM J. BRICKHOUSE,

              Plaintiff,

-against-

CARL E. DuBOIS, Sheriff of Orange County Jail; COMM. ANTHONY J. ANNUCCI; NEW YORK STATE DEPT. OF CORRECTIONS,

              Defendants.

20-CV-4759 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued August 11, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for money damages for failure to state a claim on which relief may be granted and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for injunctive relief under the *Younger* abstention doctrine. To the extent that Plaintiff seeks *habeas corpus* relief under 28 U.S.C. § 2254, the Court denies Plaintiff's petition without prejudice for failure to exhaust.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    August 11, 2020
           New York, New York

                                                _Louis L. Stanton_
                                                 LOUIS L. STANTON
                                                    U.S.D.J.